08-21-00039-CV

ACCEPTED
08-21-00039-CV
EIGHTH COURT OF APPEALS
EL PASO, TEXAS
4/23/2021 10:08 AM
ELIZABETH G. FLORES
CLERK

*Law Office of*

# Charles E. Wear, Jr., P.C.

*Attorney and Counselor at Law*

*1811 W. Park Row*
*Arlington, Texas 76013*

April 23, 2021

Office: 817-275-2229 or 277-2356
Fax: 817-274-7528
cwear@wear-law.com

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
4/23/2021 10:08:26 AM
ELIZABETH G. FLORES
Clerk

Court of Appeals
Eighth District of Texas
El Paso County Courthouse
500 E San Anotonio Ave., Suite 1203
El Paso, TX 79901-2408

Via Electronic Filing

    Re:    Court of Appeals Number:    08-21-00039-CV
            Trial Court Case Number:    P-12305-B-112-CV

    Style:   Accredited Surety and Casualty Company, Inc.
           v.
           Benchmark Electrical Solutions, Inc., Control Insualtion Services, Inc., Inspection Associates, Inc., Sunstate Equipment Co., LLC, Marquez Construction & Maintenance, LLC, Texas Gamma Ray, LLC, Global Welding Services, Inc., DanCar Energy Construction, Lexicon, Inc., and Targa Southern Delaware LLC

Dear Chief Justice:

    Appellee, Benchmark Electrical Solutions, Inc., is in support of the request for mediation for the above-referenced cause.

    Thank you for your attention and consideration in this matter. Please advise if you have any questions or need anything further.

                    Sincerely,

                    Charles E. Wear, Jr.

CEW:clr

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Charles Wear
Bar No. 20992800
charles@wear-law.com
Envelope ID: 52762197
Status as of 4/23/2021 11:23 AM MST

Associated Case Party: Accredited Casualty and Surety Company, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Chris Ward | | cward@clarkhill.com | 4/23/2021 10:08:28 AM | SENT |
| Toni Scottreed | | tsreed@clarkhill.com | 4/23/2021 10:08:28 AM | SENT |

Associated Case Party: Control Insulation Services, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Mel Smith | | mel@mlsesq.com | 4/23/2021 10:08:28 AM | SENT |

Associated Case Party: Marquez Construction & Maintenance, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Shane M.Bebout | | sbebout@toddlawfirm.com | 4/23/2021 10:08:28 AM | SENT |
| Janie M.Whitfield | | janie@toddlawfirm.com | 4/23/2021 10:08:28 AM | SENT |

Associated Case Party: Inspection Associates, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Kristen Bates | | kbates@thestrongfirm.com | 4/23/2021 10:08:28 AM | SENT |
| Bret L.Strong | | bstrong@thestrongfirm.com | 4/23/2021 10:08:28 AM | SENT |

Associated Case Party: Texas Gamma Ray, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Richard A.Simmons | | rsimmons@ws-law.com | 4/23/2021 10:08:28 AM | SENT |

Associated Case Party: Sunstate Equipment Co., LLC

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Charles Wear
Bar No. 20992800
charles@wear-law.com
Envelope ID: 52762197
Status as of 4/23/2021 11:23 AM MST

Associated Case Party: Sunstate Equipment Co., LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| T. RagonRichey | | trr@trricheylawfirm.com | 4/23/2021 10:08:28 AM | SENT |

Associated Case Party: Lexicon, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| W. JasonWalker | | jwalker@andrewsmyers.com | 4/23/2021 10:08:28 AM | SENT |

Associated Case Party: Global Welding Services, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Scott Davenport | | scottd@davenport-law.com | 4/23/2021 10:08:28 AM | SENT |

Associated Case Party: Targa Southern Delaware LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Laura Folk | | lfolk@porterhedges.com | 4/23/2021 10:08:28 AM | SENT |
| Emily APendleton | | ependleton@porterhedges.com | 4/23/2021 10:08:28 AM | SENT |
| Lola Martinez | | lmartinez@porterhedges.com | 4/23/2021 10:08:28 AM | SENT |
| Amy K.Wolfshohl | | awolfshohl@porterhedges.com | 4/23/2021 10:08:28 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Marianna Green | | magreen@clarkhill.com | 4/23/2021 10:08:28 AM | SENT |

Associated Case Party: Benchmark Electrical Solutions, Inc.

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Charles Wear
Bar No. 20992800
charles@wear-law.com
Envelope ID: 52762197
Status as of 4/23/2021 11:23 AM MST

Associated Case Party: Benchmark Electrical Solutions, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Charles E.Wear, Jr. | | charles@wear-law.com | 4/23/2021 10:08:28 AM | SENT |

Associated Case Party: DanCar Energy Construction

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Robert M.Lovein | | rlovein@loveinribman.com | 4/23/2021 10:08:28 AM | SENT |